FILED
2019 Jun-02  PM 06:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARISOL MELO PENALOZA, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DRUMMOND COMPANY, INC., et al.,** )<br>)<br>**Defendants.** )<br>) | Case No. 2:13-cv-00393-RDP |

## PLAINTIFFS' NOTICE OF FILING THIRD AMENDED COMPLAINT

As per the Court's Order of May 22, 2019, ECF No. 93, at 2, Plaintiffs hereby provide notice of their filing of the attached Third Amended Complaint and accompanying Exhibits.

Respectfully submitted this 3rd day of June 2019

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Ave. NE
Washington, D.C. 20002
Phone: 202-255-2198
Email: tc@iradvocates.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of the filing to the following:

William Anthony Davis, III (tdavis@starneslaw.com)
H. Thomas Wells, III (twells@starneslaw.com)
Benjamin T. Presley (btp@starneslaw.com)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35259

William H. Jeffress, Jr (william.jeffress@bakerbotts.com)
Noah R. Mink (noah.mink@bakerbotts.com)
BAKER BOTTS LLP
1299 Pennsylvania Ave. NW
Washington, D.C. 20004


/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Ave. NE
Washington, D.C. 20002
Phone: 202-255-2198
Email: tc@iradvocates.org

*Counsel for Plaintiffs*